# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA RUBIO,<br><br>       Plaintiff,<br><br>    v.<br><br>CINEMARK USA, INC., et al.,<br><br>       Defendants. | Case No. 13-cv-03730-JST<br><br>**MINUTE ORDER NOTING DISMISSAL OF CLAIMS AGAINST DEFENDANT AREQAT**<br><br>Re: ECF No. 17 |

The parties have filed a stipulation of dismissal dated November 4, 2013, stating that he has agreed to dismiss all claims against Defendant Areqat with prejudice. ECF No. 17. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) since the stipulation is signed by all parties who have appeared.

All claims between Plaintiff and Defendant Areqat have been dismissed with prejudice. The Clerk is directed to terminate the motion at ECF No. 17 and terminate Defendant Atta as a party in this case.

**IT IS SO ORDERED**.

Dated: November 5, 2013

                                                        _____
                                                        JON S. TIGAR
                                                  United States District Judge