Michele Ballard Miller (SBN 104198)
  mbm@millerlawgroup.com
Mary L. Guilfoyle (SBN 143308)
  mlg@millerlawgroup.com
Noah A. Levin (SBN 263069)
  nal@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendant
CINEMARK USA, INC.

Lori J. Costanzo (SBN 142633)
  lori@costanzo-law.com
Patricia McKenzie (SBN 130957)
  pat@costanzo-law.com
COSTANZO LAW FIRM
111 North Market Street, #910
San Jose, CA 95113
Tel. (408) 993-8493
Fax (408) 993-8496

Attorneys for Plaintiff
BRENDA RUBIO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA RUBIO,<br><br>            Plaintiff,<br><br>v.<br><br>CINEMARK USA, INC., ATTA AREQAT and DOES 1-50,<br><br>            Defendants. | Case No.: C 13- 03730 JST<br><br>**STIPULATION FOR 60-DAY EXTENSION OF FEBRUARY 13, 2014 ADR DEADLINE AND [PROPOSED] ORDER**<br><br>Complaint filed:  Dec. 24, 2012<br>First Amend. Compl. filed:  Feb. 15, 2013 |

1  Pursuant to ADR Local Rule 6-5 of the U.S. District Court for the Northern
2  District of California, the parties, though their respective counsel, agree and stipulate as
3  follows:
4
5  WHEREAS, the Court referred this matter to mediation in its November 14,
6  2013, Scheduling Order [Docket No. 22];
7
8  WHEREAS, the Court appointed Judith A. Mazia to mediate this matter on
9  January 13, 2014;
10
11  WHEREAS, counsel for the parties and Ms. Mazia held a pre-mediation phone
12  conference on January 21, 2014;
13
14  WHEREAS, due to scheduling conflicts in February among the parties and Ms.
15  Mazia, the parties were unable to find a mutually convenient date for mediation on or before
16  February 13, 2014 (90 days from the Court's November 14, 2013, Scheduling Order);
17
18  WHEREAS, trial is this matter is not scheduled to take place until January 12,
19  2015;
20
21  NOW, GOOD CAUSE APPEARING THEREFORE,
22
23  Defendant CINEMARK USA, INC. and Plaintiff BRENDA RUBIO, through their
24  undersigned attorneys, hereby request of the Court and stipulate to extend the deadline to
25  mediate the above-referenced matter 60 days to April 14, 2014.
26  / / /
27  / / /
28  / / /

1
**STIPULATION FOR 60-DAY EXTENSION OF FEBRUARY 13, 2014 ADR DEADLINE AND [~~PROPOSED~~] ORDER**
**Case No.: C 13- 03730 JST**

IT IS SO STIPULATED.

Dated: January 28, 2014        MILLER LAW GROUP
                               A Professional Corporation


                               By: ___/s/_____
                                   Mary L. Guilfoyle
                                   Noah Levin
                                   Attorneys for Defendant
                                   CINEMARK USA, INC.


Dated: January 28, 2014        COSTANZO LAW FIRM


                               By: ___/s/_____
                                   Patricia McKenzie
                                   Lori J. Costanzo
                                   Attorneys for Plaintiff
                                   BRENDA RUBIO

**[~~PROPOSED~~] ORDER**

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, it is ordered that the parties' request for a 60-day extension of their ADR deadline in this matter be GRANTED.

IT IS HEREBY ORDERED that the parties' ADR deadline, currently set for February 13, 2014, is extended April 14, 2014.  The remaining deadlines set forth in the Court's November 14, 2013 Case Management Order shall not be affected by this Order.

IT IS SO ORDERED.

Dated: January 28, 2014

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE